■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RICHARD A. PAYNE, Respondent. — Order unanimously affirmed (see *People v Davis*, 72

AD2d 69). (Appeal from order of Oneida County Court — vacate conviction.) Present — Dillon, P. J., Cardamone, Doerr, Denman and Moule, JJ.